IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CR-121-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BASIM ALBERT HAMAD, | ) | |
| Defendant. | ) | |

On January 3, 2011, defendant Basim Albert Hamad ("Hamad") filed a motion to suppress [D.E. 94] and a motion to sever count four in the second superseding indictment [D.E. 93]. The government filed a motion requesting an extension of time to respond to Hamad's motion to suppress [D.E. 95]. The government does not object to Hamad's motion to sever count four. Gov't Mot. for Extension of Time ¶ 3; see Fed. R. Crim. P. 14. Therefore, Hamad's motion to sever count four [D.E. 93] is GRANTED.

SO ORDERED. This 14 day of January 2011.

JAMES C. DEVER III
United States District Judge