IN THE UNITED STATES DISTRICT COURT<br>
FOR THE EASTERN DISTRICT OF NORTH CAROLINA<br>
WESTERN DIVISION<br>
No. 5:10-CR-121-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BASIM ALBERT HAMAD, | ) | **ORDER** |
| | ) | |
| | ) | |
| Defendant. | | |

The United States and Probation SHALL respond to defendant's motion for early termination of supervised release [D.E. 326] no later than April 30, 2026.

SO ORDERED. This 20 day of March, 2026.

JAMES C. DEVER III
United States District Judge