# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
#### No. 5:10-CR121-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| BASIM ALBERT HAMAD, | ) | |
| | ) | |
| Defendant. | ) | |

On March 19, 2026, defendant asked this court to terminate his supervised release early [D.E. 326]. See 18 U.S.C. § 3583(e)(1). On April 29, 2026, the United States and probation responded in opposition. See [D.E. 328, 328-1]. In light of defendant's serious criminal conduct, serious criminal history, the need to protect the public, and the need to assist defendant as he transitions back into society, the court DENIES defendant's motion for early termination [D.E. 326].

SO ORDERED. This 4 day of May, 2026.

JAMES C. DEVER III
United States District Judge